IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 1:25-cr-257 |
| JAMES LAEL JENSEN<br>MAXWELL STERLING JENSEN<br>    a/k/a "Max"<br>KELLY ANNE JENSEN<br>ZACHARY GOLDEN JENSEN | § § § § § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

Mr. Jason M. Davis of DAVIS & SANTOS, PLLC files this Notice of Appearance and requests that the Court add him as attorney of record on behalf of Defendant James Lael Jensen. In addition, counsel requests that the Court and all parties update their records to include counsel as follows:

> Jason M. Davis
> Email: jdavis@dslawpc.com
> **Davis & Santos, PLLC**
> 719 S. Flores Street
> San Antonio, TX 78204
> (210) 853-5882 – Phone
> (210) 200-8395 – Fax

DATED: April 29, 2025.

                                        Respectfully submitted,

                              By:   */s/ Jason M. Davis*
                                    Jason M. Davis
                                    **Attorney-in-Charge**
                                    State Bar No. 00793592
                                    Southern District ID No. 20114
                                    E-mail: jdavis@dslawpc.com

2

**DAVIS & SANTOS, PLLC**
719 S. Flores Street
San Antonio, Texas  78204
Tel:  (210) 853-5882
Fax:  (210) 200-8395

*Attorney for Defendant*
*James Lael Jensen*

**CERTIFICATE OF SERVICE**

    I certify that on the 29th day of April 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

                                             */s/ Jason M. Davis*
                                             Jason M. Davis