UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>JAMES LAEL JENSEN<br>MAXWELL STERLING JENSEN<br>a/k/a "Max"<br>KELLY ANNE JENSEN<br>ZACHARY GOLDEN JENSEN<br>Defendants | § § § § § § § § § § § | Criminal No.  B:25-CR-257 |

## **SECOND** SUPPLEMENT TO NOTICE OF FORFEITURE

On April 17, 2025, an Indictment issued charging the above-named defendants in multiple counts with violations of Title 18, including conspiracy to money launder; smuggling goods into the United States; entry of goods into the United States by means of false statements; and conspiracy and engaging in monetary transactions with criminally derived proceeds in excess of $10,000. The Indictment included a Notice of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B); 19 U.S.C. § 1595a and 28 U.S.C. § 2461(c).[1]

On April 24, 2025, the United States filed its Supplemental Notice of Forfeiture. Dkt. No. 22. This Notice serves as a second supplement to the existing Notice of Forfeiture to all named defendants.

Pursuant to 18 U.S.C. § 982(a)(1), 19 U.S.C. § 1595a and 28 U.S.C. § 2461(c), and as a result of the commission of violations of 18 U.S.C. §§ 542, 545, and 1956 as alleged in Counts One, Two and Three of the Indictment, notice is given to Defendants that the following property shall be forfeited to the United States:

---

1. The Criminal Notice of Forfeiture cites to 28 U.S.C. § 2641(c). The correct citation is 28 U.S.C. 2461(c).

- The real property and improvements located at 11177 Eagle View Drive, Sandy, Utah and legally described as:

  Lots 22, 23, 24 of Lost Canyon Estates, according to the official plat thereof, recorded in Book 94-95 of plats at 125, records of Salt Lake County, State of Utah; and

- The real property and improvements located at 15 Reed Drive, Jackson, Wyoming and legally described as:

  Lot 53 of the Owl Creek Subdivision of Teton County, Wyoming according to that Plat recorded in the office of the County Clerk, Teton County, Wyoming on December 5, 1991, as Plat No. 736.

RESPECTFULLY SUBMITTED:
NICOLAS J. GANJEI
UNITED STATES ATTORNEY

BY:

*s/ Mary Ellen Smyth*
Mary Ellen Smyth
Assistant United States Attorney

## CERTIFICATE OF SERVICE

On this the 2nd day of May 2025, the foregoing Second Supplement to Notice of Forfeiture was served via electronic case filing to all Defendants who have appeared of record in person and through their respective attorneys.

*s/Mary Ellen Smyth*
Mary Ellen Smyth
Assistant United States Attorney