UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 15 2025

NATHAN OCHSNER
CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | Docket No: | 1:25-cr-257-1 |
| vs. | § | Pending in: | Southern District of Texas |
| | § | | Brownsville Division |
| James Lael Jensen | § | Bond set: | $ 200,000 |
| Defendant. | § | Deposit: | $ 20,000 |

### AFFIDAVIT OF OWNERSHIP OF
### SECURITY FOR APPEARANCE BOND

I, Jason Murray Davis, agent for Martinez, on oath hereby declare that I am the (~~owner~~/agent for the owner) of the $ 20,000 deposited as security on the appearance bond for the above-named defendant with the following:

☐ Cash

☑ Cashier's Check/Money Order (# 100106972 , Bank: IBC Bank )

Said deposit is to be returned to the owner at the address listed below upon exoneration of this bond:

Name: Jason Murray Davis, agent for Martinez/Tijerina PLLC
Address: 719 South Flores
         San Antonio TX, 78204
Telephone: 210-884-5842

*Any change in address must be made in writing, sworn to before a notary and submitted to the District Clerk's office.*

I, as owner/agent for the owner, subject said funds to the provisions of Criminal Local Rule 46.2 and consent and agree that should the defendant fail to abide by the conditions of release imposed by the Court, the Court may, upon notice to me of not less than 10 days, proceed to have said funds forfeited.

Signature Defendant (James Lael Jensen)

Signature Owner/Agent for Owner (Jason Murray Davis, agent for Martinez/Tijerina PLLC)

SWORN TO AND SUBSCRIBED BEFORE ME on 5/8/2025 at Brownsville.

NATHAN OCHSNER, CLERK OF COURT

By: _____
Efrain Garcia, Deputy Clerk