OCDETF
**CRIMINAL DOCKET**   NO. B-25-257-S1

**BROWNSVILLE DIVISION**
FILE: 2025R03682

Superseding Filed: May 22, 2025

**INDICTMENT**
COUNTY: CAMERON

Filed: April 17, 2025   Judge: Rolando Olvera

**ATTORNEYS:**

**UNITED STATES OF AMERICA**
**V.**

NICHOLAS J. GANJEI, USA
MICHAEL HESS, AUSA

JAMES LAEL JENSEN, (YOB: 1956) USA (Cts. 1, 2, 3, 4, & 5)
MAXWELL STERLING JENSEN (YOB: 2000) USA (Cts. 1, 2, 3, & 5)
a/k/a "Max"

| | |
|---|---|
| **CHARGE:** | Ct. 1: Money Laundering Conspiracy |
| Total | 18 U.S.C. § 1956(a)(1)(B)(i) and (h) |
| Counts | Ct. 2: Aid and Abet Smuggling Goods into the United States |
| ( 5 ) | 18 U.S.C. §§ 545 and 2 |
| | Ct. 3: Aid and Abet Entry of Goods by means of False Statements |
| | 18 U.S.C. §§ 542 and 2 |
| | Ct. 4: Money Laundering Spending |
| | 18 U.S.C. § 1957 |
| | Ct. 5: Material Support of Terrorist Organization Conspiracy |
| | 18 U.S.C. § 2339B |
| | **NOTICE OF CRIMINAL FORFEITURE** |

**PENALTY:** Ct. 1: Not more than 20 years imprisonment, or a fine of not more than $500,000 or not more than twice the amount of the criminally derived property involved in the transaction, or both; not more than 3 years SRT; and a $100 Special Assessment.
Cts. 2&5: Not more than 20 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; and a $100 Special Assessment.
Ct. 3: Not more than 2 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; and a $100 Special Assessment.
Ct. 4: Not more than 10 years imprisonment, or a fine of not more than $250,000 or twice the value of the property involved in the transaction, whichever is greater, or both; not more than 3 years SRT; and a $100 Special Assessment.

In Jail:
On Bond:X
No Arrest:
DEA: Michael Scarano

**P R O C E E D I N G S:**