UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                  Case Number: 1:25−cr−00257

James Lael Jensen
Maxwell Sterling Jensen

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ignacio Torteya, III

**PLACE:**
Courtroom 1
United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

**DATE:**  5/29/2025

**TIME:**  01:30 PM

**TYPE OF PROCEEDING:** Arraignment

Date:   May 22, 2025

Nathan Ochsner, Clerk