UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**
May 28, 2025
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | Criminal No. 1:25-cr-257-1 |
| JAMES LAEL JENSEN | § | |

### DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant, affirming that he/she has been charged via indictment and has received a copy thereof, HEREBY pleads not guilty to the charged contained therein, requests a trial by jury, and waives appearance at the arraignment scheduled in this case for May 29, 2025.

Respectfully submitted, this 27th day of May, 2025.

**James Lael Jensen**
Printed Name of Defendant

_[signature]_
Signature of Defendant

**Jason M. Davis**
Printed Name of Attorney

_[signature]_
Signature Attorney for Defendant

### ORDER

Based on the affirmations contained in Defendant's Written Waiver of Arraignment above, the Court HEREBY

Accepts Defendant's waiver, excuses his/her attendance at the arraignment scheduled in this case and ORDERS that this case be removed from the list of arraignments scheduled for May 29, 2025.

DONE at Brownsville, Texas this __28th__ day of _____May_____, 2025.

_[signature]_
Ignacio Torteya, III
United States Magistrate Judge

**NOTE:** To enter a plea of not guilty and waive appearance at arraignment, file this completed waiver with the court under **Waivers**, using event **Waiver of Presence at Arraignment**, no later than **24 hours** prior to the scheduled arraignment. When the waiver is properly filed, the Arraignment is automatically canceled and removed from the court's calendar, and the case will proceed as laid out in the Scheduling Order.