United States District Court
Southern District of Texas
**ENTERED**
June 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:25-CR-00257-1 & 2 |
| | § | |
| JAMES LAEL JENSEN, *et al.*, | § | |
| Defendants. | § | |

## SCHEDULING ORDER

On May 29, 2025, the Court certified the above case as complex (Docket No. 96) and hereby sets the following schedule as to **all** Defendants:

| | | | |
|---|---|---|---|
| 1. | Discovery must be completed: | | September 5, 2025 |
| 2. | Motions (including Motion in Limine): (All motions are ruled by submission) | 30 days after 1 | October 6, 2025 |
| 3. | Responses to Motions: | 21 days after 2 | October 27, 2025 |
| 4. | Replies to Responses: | 10 days after 3 | November 7, 2025 |
| 5. | Final Pretrial Conference at **1:30 p.m.**: | | **December 2, 2025** |
| 6. | Exhibit List and Expert/Witness List to be exchanged: | | December 2, 2025 |
| | *All exhibits, except unanticipated rebuttal exhibits, must be exchanged between counsel no later than 5:00 P.M on the date of Final Pretrial Conference.* | | |
| 7. | Objections to Exhibits or Witnesses deadline: | 15 days after 6 | December 17, 2025 |
| 8. | Response to Objections: | 15 days after 7 | January 2, 2025 |
| 9. | Jury Selection at **10:30 a.m.**: | | **February 17, 2026** |

*If Discovery, Exhibits or Motions are **opposed**, objections/responses must **comply with the Local Rules for the Southern District of Texas, in particular SDTX CrLR 12.2 and 12.3.**

Direct your questions about this schedule to Sandra Espinoza, Case Manager, United States District Clerk, 600 East Harrison Street, Brownsville, Texas 78520, telephone (956) 982-9685.

Signed on June 6, 2025.

_____
Rolando Olvera
United States District Judge