# Exhibit 1

**From:** James Jensen <jameslaelj@icloud.com>
**Sent:** Friday, June 20, 2025 11:11 AM
**To:** Jason Davis; Aaron Mauga
**Subject:** Travel to Revere Proffer

Jason,
I informed my detention officer here in Utah about my travel plans to Texas for next week. He responded by asking me for some type of schedule and verification for my travels. Here is what I am planning;

June 23rd- Travel on American Airlines to Harlingen, Depart 12:10am, Arrive 3:50 pm.

June 24th - Attend Reverse Proffer Meeting.

June 25th- Meetings with Defense Council.

June 26th- Schedule review and inspection of remaining assets at the Arroyo Terminal, Rio Hondo.

June 27th- Follow-up meeting with Defense Council and meeting with accountant on personal taxes.

June 28th - 30th - Dive a personal vehicle back to Utah, for arrival by June 30th.

This is my schedule for next week, which I have provided to Aaron Magua.
Can you confirm by an affirmative text
(385 218-1633) or email.
Thanks,
James

Sent from my iPhone