# Exhibit 2

**From:** James Jensen <jameslaelj@icloud.com>
**Date:** June 24, 2025 at 11:50:31 AM CDT
**To:** Glor More <moreglor52@gmail.com>
**Subject: Re: Defense Attorneys**

Gloria,
I have just been at a loss over the last month to know who and when I can talk to anyone about Arroyo Terminals based on this indictment against me.
My Attorneys said I couldn't talk to anyone who could be a potential witness or have material facts.
At least today I'm in Brownsville and meeting directly with my attorneys and the prosecution Attorneys.
From the meetings today, I hope I'll have someone clear directions what I can do.

I've told them I need to get with you to complete the financials so I can get my personal taxes filed.
I also assume a lot of the records you have will be very useful to my defense.
Hopefully, if I can get that cleared we could maybe get together later this week while I'm down here.
Hope is all going well with you and family,
Thanks,
James
Sent from my iPhone


> On May 28, 2025, at 3:49 PM, Glor More <moreglor52@gmail.com> wrote:
>
> Good afternoon James,
> Hope you and Ms Kelly are doing well, keeping you all in my prayers. Thank you for the info, greatly appreciate it, if there is anything I can help with, please let me know, thank you.
>
> Respectfully,
> Gloria Moreno
>
> On Wed, May 28, 2025 at 3:35 PM James Jensen <jameslaelj@icloud.com> wrote:
>>
>> Sent from my iPhone
>>
>>
>> --

1

Respectfully,
Gloria Moreno

Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. Federal Tax Advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.