# Exhibit 5

**From:** Sturgis, James (USATXS) <James.Sturgis@usdoj.gov>
**Sent:** Wednesday, June 25, 2025 9:35 AM
**To:** Robert Guerra; Crispin Quintanilla; Chip Lewis; Jason Davis; Trey Martinez; Garcia, Laura (USATXS)
**Subject:** Re: Jensen Case

EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

At this point that is not acceptable. If there are documents they need that she has then please let us know and we can try to make arrangements. I believe the agents will likely be making contact with her this morning so let us know if things are needed.
Thanks
James

---

**From:** Robert Guerra <rguerra@rguerralaw.com>
**Sent:** Wednesday, June 25, 2025 9:27:00 AM
**To:** Crispin Quintanilla <cj@quintanilla-law.com>; Sturgis, James (USATXS) <James.Sturgis@usdoj.gov>; Chip Lewis <chip@chiplewislaw.com>; Jason Davis <jdavis@dslawpc.com>; Trey Martinez <trey@mbmtlawfirm.com>; Garcia, Laura (USATXS) <Laura.Garcia@usdoj.gov>
**Subject:** [EXTERNAL] RE: Jensen Case

James/Laura,

Additionally, our clients need to get their taxes prepared and filed.  Is it ok for them to communicate with their CPA, Gloria Moreno, for the purposes of getting their taxes done?  Please advise as to the Government's position on this as well.

Rob



**LAW OFFICE OF ROBERT GUERRA, PLLC.**

www.rguerralaw.com ● rguerra@rguerralaw.com ● 956.254.0694

1201 E. Van Buren St.     ●     Brownsville, Texas 78520
2601 Morgan Ave.     ●     Corpus Christi, Texas 78405

This transmission may be: (1) subject to the attorney-client privilege, (2) an attorney work product, or (3) strictly confidential.  If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.  If you have received this in error, please reply and notify the sender (only) and delete the message.  Unauthorized interception of this e-mail is a violation of federal criminal law.