IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. 1:25-cr-257-1 |
| JAMES LAEL JENSEN | § § | |

### DEFENDANT JAMES LAEL JENSEN'S MOTION TO JOIN DEFENDANT MAXWELL STERLING JENSEN'S MOTION TO COMPEL AND/OR FOR CLARIFICATION

TO THE HONORABLE COURT:

Defendant James Lael Jensen ("**Mr. Jensen**") files this Motion to Join Defendant Maxwell Sterling Jensen's Motion to Compel and/or for Clarification, and in support would respectfully show:

1. On June 26, 2025, Defendant Maxwell Sterling Jensen filed a Motion to Compel and/or Motion for Clarification (ECF No. 106) (the "**Motion to Compel**") requesting that the Court compel the Government to provide a list of witnesses to Defendant and modify the terms and conditions of his release in order to allow him to consult with Gloria Moreno for the sole purpose to prepare his personal and corporate federal income tax returns.

2. Mr. Jensen hereby seeks to join the Motion to Compel. Mr. Jensen submits the same facts and same relief requested in the Motion to Compel.

### PRAYER

For the reasons stated herein, Defendant James Lael Jensen respectfully requests that the Court grant this motion and all other relief at law or in equity to which he is entitled.

DATED: July 1, 2025.

                        Respectfully submitted,

By:    */s/ Jason M. Davis*
       Jason M. Davis
       **Attorney-in-Charge**
       State Bar No. 00793592
       Southern District ID No. 20114
       E-mail: jdavis@dslawpc.com

       **DAVIS & SANTOS, PLLC**
       719 S. Flores Street
       San Antonio, Texas 78204
       Tel: (210) 853-5882
       Fax: (210) 200-8395

       *Attorney for Defendant*
       *James Lael Jensen*

## CERTIFICATE OF SERVICE

    I certify that on the 1st day of July 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

                                                             */s/ Jason M. Davis*
                                                             Jason M. Davis