# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 1:25-cr-257-1 |
| JAMES LAEL JENSEN (1) | § § | |

## ORDER GRANTING DEFENDANT JAMES LAEL JENSEN'S MOTION TO JOIN DEFENDANT MAXWELL STERLING JENSEN'S MOTION TO COMPEL AND/OR FOR CLARIFICATION

Before the Court is the Motion to Join Defendant Maxwell Sterling Jensen's Motion to Compel and/or for Clarification (the "**Motion**") filed by Defendant James Lael Jensen. Based on the Motion, the entire record in this case, and for good cause having been shown, the Court finds that this Motion should be and therefore is **GRANTED**.

Signed on _____, 2025.

_____
ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE