AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 1:25-cr-257-1-S1 USA vs James Lael Jensen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 11 2025

NATHAN OCHSNER
CLERK OF COURT

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
***(Not for Public Disclosure)***

## INFORMATION FOR SERVICE

Name of defendant/offender: **James Lael Jensen**

Last known residence: **11177 Eagle View Drive, Sandy, Utah 84092**

Usual place of abode *(if different from residence address)*: ______

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: ______

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: ______

## PROOF OF SERVICE

This summons was received by me on *(date)* 6/27/25.

☑ I personally served the summons on this defendant James L. Jensen at *(place)* 351 S West Temple SLC, UT 84101 on *(date)* 6/30/25; or

☐ On *(date)* ______ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* ______, who is authorized to receive service of process on behalf of *(name of organization)* ______ on *(date)* ______ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: ______.

I declare under penalty of perjury that this information is true.

Date returned: 6/30/25

[signature]
*Server's signature*

Curtis / SOU
*Printed name and title*

Remarks:

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America
v.
**James Lael Jensen**
11177 Eagle View Drive
Sandy, Utah 84092
*Defendant*

Case No. 1:25-cr-257-1-S1

USDC BROWNSVILLE JUN 26 2025 FG

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition Supervised Release Violation Petition X Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: Reynaldo G. Garza-Filemon B. Vela U.S. Courthouse, 600 E. Harrison, Brownsville, TX 78520 | Courtroom No.: 4 |
| | Date and Time: 7/16/2025 at 1:30 p.m. |

This offense is briefly described as follows:

Violating the conditions of his/her Pretrial Release.

Date: 6/26/25

Sara Celis, Deputy Clerk
*Issuing officer's signature*

NATHAN OCHSNER, CLERK OF COURT
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 6/30/25

*Server's signature*

*Printed name and title*