# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §    CRIMINAL NO. 1:25-cr-257 |
| | § |
| JAMES LAEL JENSEN | § |
| MAXWELL STERLING JENSEN | § |
|     a/k/a "Max" | § |
| KELLY ANNE JENSEN | § |
| ZACHARY GOLDEN JENSEN | § |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

      Mr. H. Jay Hulings of DAVIS & SANTOS, PLLC files this Notice of Appearance and requests that the Court add him as attorney of record on behalf of Defendant James Lael Jensen. In addition, counsel requests that the Court and all parties update their records to include counsel as follows:

H. Jay Hulings
Email: jhulings@dslawpc.com
**Davis & Santos, PLLC**
719 S. Flores Street
San Antonio, TX 78204
(210) 853-5882 – Phone
(210) 200-8395 – Fax

DATED: July 22, 2025.

                                                       Respectfully submitted,

                                       By:    */s/ H. Jay Hulings*
                                                  Jason M. Davis
                                                  **Attorney-in-Charge**
                                                  State Bar No. 00793592
                                                  Southern District ID No. 20114
                                                  E-mail: jdavis@dslawpc.com
                                                  H. Jay Hulings
                                                  State Bar No. 24104573
                                                  Southern District ID No. 3472684
                                                  E-mail: jhulings@dslawpc.com

DAVIS & SANTOS, PLLC
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

***Attorney for Defendant***
***James Lael Jensen***

CERTIFICATE OF SERVICE

I certify that on the 22nd day of July 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ H. Jay Hulings*
H. Jay Hulings