**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 1:25-cr-257** |
| | § | |
| **JAMES LAEL JENSEN** | § | |
| **MAXWELL STERLING JENSEN** | § | |
| **a/k/a "Max"** | § | |

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCLOSURE OF SEARCH WARRANT MATERIALS**

Before the Court is the Motion to Compel Disclosure of Search Warrant Materials (the "**Motion**") filed by Defendants James Lael Jensen and Maxwell Sterling Jensen. Based on the Motion, the entire record in this case, and for good cause having been shown, the Court finds that this Motion should be and therefore is **GRANTED**.

Signed on ________________, 2025.

______________________________
ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE