United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § § | **CRIMINAL NO. 1:25-cr-257** |
| **JAMES LAEL JENSEN and** § **MAXWELL STERLING JENSEN** § a/k/a "Max" § | |

# ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Before the Court is the Unopposed Motion to Extend Scheduling Order Deadlines (the "**Motion**") filed by Defendants James Lael Jensen and Maxwell Sterling Jensen ("**Defendants**"). Based on the Motion, the entire record in this case, and for good cause having been shown, the Court finds that this Motion should and therefore is **GRANTED**.

**IT IS THEREFORE ORDERED** that the Defendants' Motion is **GRANTED**. The Court will issue an amended scheduling order.

Signed on ___February 6___, 2026.

_____
ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE