### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 1:25-cr-257-1** |
| | § | |
| | § | |
| **JAMES LAEL JENSEN** | § | |
| **MAXWELL STERLING JENSEN** | § | |
| a/k/a "Max" | § | |

### <u>DEFENDANT JAMES LAEL JENSEN'S UNOPPOSED MOTION TO TRAVEL</u>

TO THE HONORABLE COURT:

Defendant James Lael Jensen ("**James Jensen**") files this Unopposed Motion to Travel and in support would respectfully show:

### I.    BACKGROUND

1.    James Jensen, Co-Defendant Maxwell Sterling Jensen ("**Max Jensen**"), and their counsel plan on having a joint defense meeting on April 23 and 24, 2026 in Las Cruces, New Mexico. The purpose of the meeting is to discuss, among other things, discovery, the recent motions and responses filed by the Parties, and ongoing negotiations with the Government.

2.    The meeting is scheduled to occur at the federal courthouse in Las Cruces, New Mexico because Max Jensen is currently in pre-trial detention at the Otero County Prison Facility near Las Cruces.

3.    James Jensen has been on bond without incident since the inception of this case. James Jensen's conditions of release currently limit his travel to Utah, Wyoming (for limited purposes), and the Western and Southern Districts of Texas.

4.    To facilitate the scheduled joint defense meeting, James Jensen respectfully requests that he be allowed to travel to Las Cruces, New Mexico from El Paso, Texas on the dates

of April 23 – April 24, to allow for a joint defense meeting with counsel and Max Jensen at the federal courthouse in Las Cruces.

5.      James Jensen is currently under supervision by the United States Pre-Trial Services Office in Utah via the Smart Link technology, which will operate with the same force and effect while James Jensen is in New Mexico.

6.      On March 12, 2026, this Court issued an Order enforcing the original Court Order on Joint Defense Visits.  *See* ECF No. 200. After conferring with the AUSA James Sturgis, both the Government and Defense believe that the Order contemplates and authorizes travel to New Mexico for joint defense meetings, but out of an abundance of caution, Mr. Jensen files this Motion.

## II.      CERTIFICATE OF CONFERENCE

7.      On April 22, 2026, the undersigned counsel conferred with the U.S. Pre-Trial Services Officer supervising James Jensen, and he does not oppose the relief sought in this Motion.

8.      On April 22, 2026, the undersigned counsel also conferred with AUSA James Sturgis, and the Government does not oppose the relief sought in this Motion.

## PRAYER

For the reasons stated herein, Defendant James Lael Jensen respectfully requests that the Court grant this Unopposed Motion to Travel and permit him to travel from El Paso, Texas to Las Cruces, New Mexico for a joint defense meeting with defense counsel and co-defendant Maxwell Sterling Jensen on April 23 – April 24, 2026.

DATED: April 22, 2026.

Respectfully submitted,


By:    */s/ Jason M. Davis*
       Jason M. Davis
       **Attorney-in-Charge**
       State Bar No. 00793592
       Southern District ID No. 20114
       E-mail:  jdavis@dslawpc.com

H. Jay Hulings
State Bar No. 24104573
Southern District ID No. 3472684
E-mail: jhulings@dslawpc.com
**DAVIS & SANTOS, PLLC**
719 S. Flores Street
San Antonio, Texas 78204
Tel:  (210) 853-5882
Fax:  (210) 200-8395

***Attorney for Defendant James Lael Jensen***

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of April 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ Jason M. Davis*
Jason M. Davis

3