# Exhibit B

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case  (Page 2)

Case No.   1:25-CR-00257

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*    LUXEMBORG TRADING LLC

was received by me on *(date)*    3/27/2026   .

☒ I served the subpoena by delivering a copy to the named person as follows:   MANUEL JUARISTI

_____   on *(date)*   3/31/2026    ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Jeffrey J Jerson
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

MANUEL JUARISTI ACCEPTED SERVICE AT LT