**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 1:25-cr-257** |
| | § | |
| **JAMES LAEL JENSEN** | § | |
| **MAXWELL STERLING JENSEN** | § | |
| **a/k/a "Max"** | § | |

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL LUXEMBORG TRADING, LLC'S COMPLIANCE WITH RULE 17(c) SUBPOENA**

Before the Court is the Motion to Compel Luxemborg Trading, LLC's Compliance with Rule 17(c) Subpoena (the "**Motion**") filed by Defendants James Lael Jensen and Maxwell Sterling Jensen. Based on the Motion, the entire record in this case, and for good cause having been shown, the Court finds that the Motion should be and therefore is **GRANTED**.

Luxemborg Trading, LLC is ordered to fully comply with the subpoena by providing responsive documents on or before ________________, 2026.

Signed on ________________, 2026.

______________________________
ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE