United States District Court
Southern District of Texas

**ENTERED**

May 13, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| "Government," | § | |
| | § | |
| v. | § | Criminal No. 1:25-cr-00257-1 and 2 |
| | § | |
| JAMES LAEL JENSEN, et al., | § | |
| "Defendants." | § | |
| | § | |

**ORDER**

Before the Court are "Defendants Jame Lael Jensen and Maxwell Sterling Jensen's Motion to Suppress Illegal Searches and Seizures at Arroyo Terminals" ("Motion to Suppress") (Dkt. No. 171), "Government's Sealed Response to Defendant's Motion to Suppress Illegal Searches and Seizures at Arroyo Terminals" ("Response") (Dkt. No. 182), "Defendants Jame Lael Jensen and Maxwell Sterling Jensen's Reply Regarding Motion to Suppress Illegal Searches and Seizures at Arroyo Terminals" ("Reply") (Dkt. No. 204), and "Defendants' Motion to Dismiss Counts Two, Three, and Six of the Second Superseding Indictment" ("MTD") (Dkt. No. 205).

The Court **ORDERS** the Government to file a sur-reply to Defendants' Reply (Dkt. No. 204) and a response to Defendants' MTD (Dkt. No. 205) by **May 25, 2026 at 5:00 P.M./CST.**

SIGNED this May 13, 2026

Rolando Olvera
United States District Judge