United States District Court
Southern District of Texas
**ENTERED**
May 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| "Government," | § | |
| | § | |
| v. | § | Criminal No. 1:25-cr-00257 |
| | § | |
| JAMES LAEL JENSEN, et al., | § | |
| "Defendants." | § | |
| | § | |

### ORDER

Before the Court are the "Government's Unopposed Motion to Extend Scheduling Order Deadlines" ("Motion to Extend Scheduling") (Dkt. No. 210) and "Government's Unopposed Motion for Time Extension to Respond to Defendants' Motion and Reply" ("Motion for Time Extension") (Dkt. No. 214).

The Court has considered the Government's Motion To Extend Scheduling (Dkt. No. 210). The Court is of the opinion that the motion should be, and is hereby, **GRANTED**. The Court **ORDERS** that the deadline for Discovery and all subsequent deadlines are extended by an additional 30 days.

The Court has also considered the Government's Motion for Time Extension (Dkt. No. 214). The Court is of the opinion that the motion should be, and is hereby, **GRANTED**. The Court **ORDERS** that the deadline for the Government to Respond to Defendants' Motion and Reply is extended by an additional 30 days.

SIGNED this May 20, 2026

_____
Rolando Olvera
United States District Judge