United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| "Plaintiffs," | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cr-00257 |
| | § | |
| JAMES LAEL JENSEN, *et al.,* | § | |
| "Defendants." | § | |

## <u>ORDER</u>

On June 3, 2026, the Court erroneously ordered the Government to submit its response to these motions (Dkt. Nos. 211, 2016) and to file a reply to the Response (Dkt. No. 217). ("Order") (Dkt. No. 221). The Court hereby **RESCINDS** the Court's Order (Dkt. No. 221).

Signed on this the 5th day of June, 2026.

_____

Rolando Olvera
U.S. District Judge