# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

### Defendant's Approval To Institute a Presentence Investigation
### or Disclose the Presentence Report Before Conviction or Plea of Guilty

I Maxwell Jensen, hereby consent to a presentence investigation by the probation office of the United States District Court. This investigation is for the purpose of obtaining information useful to the court in the event I should hereafter plead guilty or nolo contendere or be found guilty. By this consent, I do not admit guilt or waive any rights.

☑ I agree to have the investigative report disclosed to the attorney for the government, as well as to my attorney, in order to determine the applicable statutory and guideline provisions or assist in determining whether a plea agreement can be reached or should be accepted.

☐ I agree to have the investigative report disclosed to the judge for review prior to pleading guilty or nolo contendere.

I have read, or had read to me, the foregoing consent and fully understand it.

_____          _____
(Date)                                    (Signature of Defendant)

_____          _____
(Date)                                    (Defendant's Attorney)

MV 01/16
D/NM PROB 13