# Exhibit A

**N THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 1:25-cr-257** |
| | § | |
| **JAMES LAEL JENSEN** | § | |
| **MAXWELL STERLING JENSEN** | § | |
| **a/k/a "Max"** | § | |

## [PROPOSED] PROTECTIVE ORDER

Pending before the Court is the Government's Motion for Protective Order (ECF No. 237, the "**Motion**"). The Court hereby GRANTS in part and DENIES in part the Motion, and ORDERS as follows:

1.      In the course of complying with its discovery obligations, the Government may produce in discovery to Defendants certain confidential investigative reports, financial records of persons other than Defendants, and other confidential documents (hereinafter "**Discovery Materials**"). The term Discovery Materials does not include any of Defendants' financial records, electronic communications, or other documents that were in the possession or control of the Defendants and were acquired by the Government pursuant to search warrants or other investigative tools and then produced to Defendants in discovery.

2.      Counsel for Defendants shall take all necessary and appropriate steps to protect the Discovery Materials from unnecessary dissemination.

3.      Such Discovery Materials shall be utilized solely in connection with the defense of this case and for no other purpose. Such Discovery Materials and their contents should not be disclosed either directly or indirectly to any person or entity other than to the Defendants,

Defendants' counsel, persons employed to assist with the defense in this case, or such other persons as to whom the Court may authorize disclosure.

4.  Such Discovery Materials should not be copied or reproduced except as necessary to provide copies of the material for use by an authorized person as described above to prepare or assist in the defense.

5.  Defense counsel shall inform their respective clients of the provisions of the Protective Order and direct such Defendant not to disclose or use any information contained in the Discovery Materials in violation of this Protective Order.

6.  To the extent necessary, the parties may request that any motion, brief, or other filing that attaches or includes information disclosed in Discovery Materials be filed under seal.

It is further ORDERED that the Government's motion to seal any motion, brief, or other document previously filed with the Court is denied without prejudice to further motion from the Government identifying the specific motion, filing, or other document, or portion thereof, the Government requests be sealed.

SIGNED this the _____ day of August, 2026, at Brownsville, Texas.

_____
ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE

2