**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 1:25-CR-0257 |
| | § | |
| JAMES LAEL JENSEN | § | |
| MAXWELL STERLING JENSEN | § | |

**ORDER GRANTING AGREED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS COUNTS AND OTHER SCHEDULING DATES**

The Court has considered the Agreed Motion To Extend Deadline to Respond to Defendants' Motion to Dismiss Counts and other Scheduling Dates and Deadlines. The Court is of the opinion that the motion should be, and is hereby, GRANTED.

Therefore, the Court will issue an amended scheduling order.

SIGNED this the ____ day of August, 2026.

ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE